# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-11-00728-CR
NO. 03-11-00729-CR

**Robert Lee Nealy, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
NOS. 68069 & 68714, HONORABLE JOE CARROLL, JUDGE PRESIDING**

**M E M O R A N D U M   O P I N I O N**

Appellant pled guilty to two charges of driving while intoxicated, committed in September 2010[1] and April 2011. He was sentenced to eighteen months in prison for the first offense and three years for the second, and the sentences were set to run concurrently. The trial court has certified that the case is a plea bargain case, and that appellant has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore dismiss the appeal. Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

David Puryear, Justice

---

[1] The September 2010 charge was for driving while intoxicated with a child passenger.

Before Justices Puryear, Henson and Goodwin

Dismissed

Filed:  January 18, 2012

Do Not Publish